**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

DAHLIA S. FLORIO,

        Plaintiff,

v.                                    CASE NO.: 17-80557-DMM

SUCCESS AGENCY LLC,

        Defendant.
_____/

**NOTICE OF APPEARANCE**

Christian E. Rodriguez, Esq. of the TREMBLY LAW FIRM, hereby file this Notice of Appearance on behalf of Defendant SUCCESS AGENCY LLC. Please direct all further notices, correspondence, pleadings, etc. to:

**Christian E. Rodriguez, Esq.**
**TREMBLY LAW FIRM**
**9700 S. Dixie Highway, Suite 680**
**Miami, Florida 33156**

Pursuant to Florida Rule of Civil Procedure 1.080 and Florida Rules of Judicial Administration 2.515 and 2.516, the foregoing counsel also hereby designates his primary and secondary electronic email addresses for this matter:

**Christian E. Rodriguez, Esq.**: christian@tremblylaw.com (Primary)
                                service@tremblylaw.com (Secondary)

Dated: **August 26, 2017**

**(THIS SPACE INTENTIONALL LEFT BLANK)**

---

                                        **TREMBLY LAW FIRM**
                                        *Counsel for Defendant*
                                        9700 South Dixie Highway, Suite 680
                                        Miami, Florida 33156
                                        Telephone: (305) 431-5678
                                        E-Mail: christian@tremblylaw.com
                                        E-mail: service@tremblylaw.com

                                        By:  /s/Christian Rodriguez
                                                **Christian E. Rodriguez**
                                                Florida Bar No. 83405

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on August 26, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served on this day upon: Attorney for Plaintiff, Jay Lechner, Esq., at Pleadings@theFLlawfirm.com, Lechnerj@FLlawfirm.com, and Kmoran@theFllawfirm.com, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                        By: /s/Christian Rodriguez
                                               **Christian E. Rodriguez**